UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| TIMOTHY WAYNE CLOYD, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No.: 2:18-CV-00156 |
| | ) | REEVES/CORKER |
| CENTURION HEALTH CARE, DANIEL MILLER, BETH MORLEY, GEORGIA CROWELL, DR. GRAYSON, and KEVIN HAMPTON, | ) | |
| Defendants. | ) | |

## O R D E R

For the reasons set forth in the memorandum opinion filed herewith, this pro se prisoner's complaint for relief filed under 42 U.S.C. § 1983 is **DISMISSED** for want of prosecution pursuant to Fed. R. Civ. P. 41(b). Because the Court **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

**ENTER:**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT

*/s/ JOHN L. MEDEARIS*
**CLERK OF COURT**